Michael Brady, Respondent, v. The Metropolitan Street Railway Company, Appellant.

Appeal from a judgment in favor of the plaintiff, and from an order denying the defendant's motion for a new trial.

Henry A. Robinson (John T. Little, Jr., of counsel), for appellant.

Logan, Demond & Harby (M. E. Harby and Arthur Wopp, of counsel), for respondent.

SCHUCHMAN, J. The only point urged by appellant to effect a reversal of the judgment is, that the court erred in charging " That if, while the passenger is getting off the car, the jury find that the car is started suddenly so as to produce a jerking motion, it is in itself an act of carelessness and negligence."

This was not error. Bennett v. Third Ave. R. R. Co., 40 App. Div. 626; Roberts v. Johnson, 58 N. Y. 613; Schalscha v. Third Ave. R. R. Co., 19 Misc. Rep. 141.

Judgment and order appealed from affirmed, with costs.

McCARTHY, J., concurs.

Judgment and order affirmed, with costs.